IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KOKO FINANCIAL SERVICES LTD., <br><br>and<br><br>FRASER ATKINSON,<br><br>     Plaintiffs,<br><br>   v.<br><br>PHILLIP OLDRIDGE,<br><br>C.T.P. HOLDINGS, INCORPORATED,<br><br>STAGE COACH LANDING, INC.,<br><br>and<br><br>DOES 1 through 20, inclusive,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:20-cv-02382-EFM-JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  COMES NOW Plaintiffs and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case with prejudice.

| | |
|---|---|
| Dated:  December 22, 2020 | GORDON REES SCULLY MANSUKHANI, LLP<br><br>By:  */s/ Tony Shapiro*<br>Tony Shapiro, KS #17965<br>8826 Santa Fe Drive, Suite 110<br>Overland Park, KS  66212<br>913-491-1120<br>913-491-1122 (fax)<br>tshapiro@grsm.com<br>Attorneys for Plaintiffs<br>KOKO FINANCIAL SERVICES LTD. AND FRASER ATKINSON |